IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00487-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN VILLILABOS MALAGA,<br><br>Defendant. | ORDER |

This matter comes before the court sua sponte. On June 16, 2023, following Defendant's filing of a pro se motion for compassionate release, the court appointed counsel pursuant to Standing Order 19-SO-3 to determine whether Defendant may qualify to seek a reduction of his sentence. DE 99. Ms. Laura S. Wasco entered her appearance on behalf of Defendant on June 22, 2023. DE 100. However, she has filed nothing informing the court of her determination.

Accordingly, on or before October 25, 2023, Ms. Wasco shall file a motion under the First Step Act or a status report informing the court whether the Defendant qualifies to seek a reduction of his sentence.

SO ORDERED this 27th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE