IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-487-M-2

UNITED STATES OF AMERICA

v.

MARTIN VILLILABOS MALAGA

ORDER

This matter comes before the court on Defendant's motion to seal the document located at DE 104 [DE 105]. For good cause shown, the motion is GRANTED. The Clerk of Court shall maintain the document located at DE 104 under seal until further notice by the court.

SO ORDERED this 31st day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE