IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00487-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN VILLILABOS MALAGA, <br><br> Defendant. | ORDER |

This matter comes before the court on the Defendant's pro se motions seeking orders directing the United States to produce certain documents [DE 97, 98]. Subsequently to filing these motions, Defendant secured counsel regarding the matter to which the motions refer. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Moreover, it appears that counsel was able to secure copies of the documents needed to support Defendant's motion for compassionate release. *See* DE 104. Accordingly, Defendant's motions are DENIED.

Also before this court is the United States' Motion to Seal [DE 120]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 119 until further order of the court.

SO ORDERED this 12th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE